IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON W MANES**  **PLAINTIFF**
**ADC #662848**

v.  **CASE NO. 2:23-CV-00119-BSM**

**DUMAS CITY JAIL,** *et al*.  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, including Manes's objections, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted, and Manes's amended complaint [Doc. No. 8] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Manes's motion to stay [Doc. No. 12] is denied. His motion for a status update [Doc. No. 13] is granted, and the clerk is directed to send Manes a copy of this order and the docket sheet.

It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE