IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON W MANES**                                                                                    **PLAINTIFF**
ADC #662848

v.                              CASE NO. 2:23-CV-00119-BSM

**DUMAS CITY JAIL,** *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE